# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS MODEL PLAN

In re:                                              )
    **Margaret E. Moragne**                    )
                                                )    Case No.: **09-01997**
                                                )    Chapter: **13**
    Debtor(s)                                   )

## NOTICE OF MOTION

TO:

**Via U.S. Mail:**
Margaret E. Moragne
**929 Wellington Cir.**
**Aurora, IL 60506**
Last four digits of Social Security No(s). :**xxx-xx-3834**

**Via Electronic Mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: laushot_j@lisle13.com


Please take notice that on March 19, 2009 at 11:30 a.m., I shall appear in the U.S. Bankruptcy Court for the **Northern District of Illinois Model Plan** at 100 S. 3rd Street, Courtroom 140, Geneva, Illinois 60134 before the Honorable Judge Manuel Barbosa and then and there present the following motion:

**Application for Compensation**

Date: January 29, 2009


**Signature** /s/ Derrick B. Hager



Name **Derrick B. Hager 6286310**
Address **Derrick b. Hager, Atty at Law**
**106 W. Wilson St.**
**Suite 3-L**
**Batavia, IL 60510**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS MODEL PLAN

In re: )
    **Margaret E. Moragne** )
) Case No.: **09-01997**
) Chapter: **13**
    Debtor(s). ) Hearing Date: March 19, 2009

## ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
[X] The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
[ ] The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
[ ] A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** [X] The attorney has not represented the debtor(s) in any prior bankruptcy case.
[ ] The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
    Case no. _____ Chapter ___ Plan confirmed? [ ] Yes [ ] No Fees paid $_____
    Case no. _____ Chapter ___ Plan confirmed? [ ] Yes [ ] No Fees paid $_____
    Case no. _____ Chapter ___ Plan confirmed? [ ] Yes [ ] No Fees paid $_____

**Fees sought in present case:**
[ ] $_____, for services through plan confirmation.
[X] $2500.00, for services through case closing.
[ ] $_____, for services after plan confirmation.

**Expense reimbursement:** [ ] $_____, for filing fee.
[ ] $_____, for expenses **itemized on the attached sheet.**
    Total reimbursement requested: $_____.

**Payment received directly from debtor:** [ ] None    [X] $500.00.

**Compensation previously awarded in this case:**    [X] None
[ ] a total of $_____, pursuant to order(s) entered on the following dates: _____

**Plan payments:**    $200.00 for 60 months plus $3000.00 in months 3, 15, 27, 39, and 51.

**Secured debt:**    [X] None    home mortgage(s) in default    motor vehicle loans
Other:

**Unsecured debt:** No. of claims: 13    Total amount: $62,795.00

To be paid under plan 100%

**Professional time expended:** _____ attorney hours; _____ paraprofessional hours.

**Itemization of time:** [X] Not Submitted    [ ] Attached to this application.

**Hourly rates:** $_____ attorney; $_____ paraprofessional.

**Date of Application:** _____ Attorney's signature: /s/ Derrick B. Hager _____
Derrick B. Hager, 106 W. Wilson #3-L, Batavia, IL 60510
630-482-2525      (Form No. 23, revised 05/01/07)

(Official Form 9I) (Chapter 13 Case) (12/07)          Case Number **09-01997**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on January 23, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Margaret E Moragne
929 Wellington Cir.
Aurora, IL 60506

| | |
|---|---|
| Case Number: 09-01997<br>Office Code: 1 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-3834 |
| Attorney for Debtor(s) (name and address):<br>Derrick B Hager<br>Derrick B Hager Attorney at Law<br>106 W Wilson St Suite 3 L<br>Batavia, IL 60510<br>Telephone number: 630 482-2525 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>4343 Commerce Court, Ste 120<br>Lisle, IL 60532<br>Telephone number: 630 577-1313 |

## Meeting of Creditors:

Date: **February 25, 2009**          Time: **11:30 AM**
Location: **126 S County Farm Road, Wheaton, IL 60187**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **May 26, 2009**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **July 22, 2009**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **March 19, 2009**, Time: **11:30 AM**, Location: **100 S 3rd Street, Courtroom 140, Geneva, IL 60134**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 2500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: April 27, 2009

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-888-232-6814 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: January 26, 2009 |